IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01918-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: January 23, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

EDNA BROOKS,                        Robert Wilhite

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE        Sheryl Anderson
INSURANCE COMPANY,                  Sarah O'Brien

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:    9:12 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding defendant's Stipulated Motion to Amend/Correct/Modify #14 Scheduling Order (Docket No. 16, filed on 1/9/2012), depositions, serving interrogatories, the gathering of medical records, written discovery, initial disclosures, expert witnesses, Federal Rules of Procedure, Rule 16(b) as it relates to whether good cause has been show, and Judge Krieger's practice standards.

For reasons as stated on the record:

**ORDERED:** Defendant's Stipulated Motion to Amend/Correct/Modify #14 Scheduling Order (Docket No. 16, filed on 1/9/2012) is **GRANTED IN PART AND DENIED IN PART**.

**ORDERED:** With reluctance, the court will require counsel for the plaintiff to disclose their non-bad faith experts **no later than January 24, 2012**. The court will allow counsel for the plaintiff to disclosure their bad faith expert (Mr. Levine) **on or before February 20, 2012**. The court will require rebuttal experts **no later than March 20, 2012**. The court will set the discovery cut off for **April 30, 2012.** The court will

>       extend the dispositive motions deadline to **May 30, 2012**. The parties are advised that the court will not offer any further extensions.

HEARING CONCLUDED.

**Court in recess**:    **9:29 a.m.**
Total time in court:    00:17

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.